# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEANGELO MAREON MALONE,<br><br>    Petitioner,<br> v.<br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:18-cv-00764-JCM-VCF<br><br>ORDER |

Petitioner's motion for an extension of time (ECF No. 5) is GRANTED. Petitioner shall have until July 18, 2018, within which to file an amended petition in compliance with the court's order of May 18, 2018.

IT IS SO ORDERED.

DATED June 15, 2018.

                 _____
                 JAMES C. MAHAN
                 UNITED STATES DISTRICT JUDGE