UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANGELO MAREON MALONE,<br><br>                Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>                Respondents. | Case No. 2:18-cv-00764-JCM-VCF<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 9) is GRANTED. Respondents will have until February 25, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED November 30, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1