UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEANGELO MAREON MALONE,<br><br>                   Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                   Respondents. | Case No. 2:18-cv-00764-JCM-VCF<br><br>ORDER |

      Respondents' second motion for enlargement of time (ECF No. 11) is GRANTED. Respondents will have until May 28, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

      IT IS SO ORDERED.

      DATED THIS 4th day of April 2019.

                                                                         JAMES C. MAHAN<br>
                                                                          UNITED STATES DISTRICT JUDGE