UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANGELO MAREON MALONE,<br><br>                  Petitioner,<br>   v.<br>BRIAN WILLIAMS, et al.,<br><br>                  Respondents. | Case No. 2:18-cv-00764-JCM-VCF<br><br>ORDER |

Respondents' third motion for enlargement of time (ECF No. 13) is GRANTED. Respondents will have until July 26, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED May 29, 2019.

 

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1