UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEANGELO MALONE,<br><br>   Petitioner,<br>v.<br>BRIAN WILLIAMS, *et al.*,<br><br>   Respondents. | Case No. 2:18-cv-00764-JCM-VCF<br><br>**ORDER** |

Respondents' fourth motion for enlargement of time (ECF No. 15) is GRANTED. Respondents will have until August 2, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED July 30, 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1